ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 6952
DELUCA & ASSOCIATES
4560 S. Decatur Blvd Suite 302
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

TIMOTHY S. CORY, ESQ.
Nevada Bar No: 1972
JAY A. SHAFER, ESQ.
Nevada Bar No. 9184
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
tcory@crdslaw.com
jshafer@crdslaw.com
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Z. T., a minor, by CRISTY THOMAS, his Guardian; CRISTY THOMAS: <br><br> Plaintiffs, <br> v. <br><br> ASSURITY LIFE INSURANCE COMPANY; DOES 1 through 100 and ROE Business Entities 1 through C, inclusive. <br><br> Defendants. | Case No.: 2:18-cv-02261-JAD-CWH <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR 26-4 and LR IA 6-1, defendant Assurity Life Insurance Company and plaintiffs Z.T., a minor, by Cristy Thomas, his guardian, and Cristy Thomas stipulate to extend the deadline to file an opposition to Defendant's Motion for Summary Judgment filed November 7, 2019. [ECF No. 26].

48874581;1

Good cause exists to extend this deadline, as the parties are in the midst of productive settlement discussions, and this extension would permit the parties to do so without incurring unnecessary costs. It would further potentially preserve judicial resources. The parties hereby stipulate and agreed to extend the date for Plaintiff to respond to Defendant's Motion for Summary Judgment up to and including December 5, 2019. This stipulation is not made to cause delay or prejudice to any party.

| DATED this 20th day of November, 2019. | DATED this 20th day of November, 2019. |
|---|---|
| **AKERMAN LLP** | **DELUCA & ASSOCIATES** |
| */s/* Scott R. Lachman<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Scott R. Lachman, Esq.<br>Nevada Bar No. 12016<br>1635 Village Center Cir., Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant* | */s/ Anthony J. DeLuca*<br>Anthony J. Deluca, Esq.<br>Nevada Bar No. 6952<br>4560 S. Decatur Blvd., Suite 302<br>Las Vegas, Nevada 89103<br><br>**CORY READE DOWS & SHAFER**<br><br>*/s/ Jay A. Shafer*<br>Jay A. Shafer, Esq.<br>Nevada Bar No. 009184<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: November 21, 2019.